Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 MAY -7 AM 11: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: Bom

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA PLAINTIFF
v.
Fredi David GARCIA-Gomez
USMS# ________ DEFENDANT

CASE NUMBER: 2:26-mj-02611

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on May 6, 2026 at 09:00 ☑ AM ☐ PM
or
The defendant was arrested in the ________ District of ________ on ________ at ______ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
21USC841(a)(1)

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes Language: Spanish

7. Year of Birth: 1984

8. Defendant has retained counsel: ☑ No
☐ Yes Name: ________ Phone Number: ________

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): ________

11. Name: Jason Willock (please print)

12. Office Phone Number: 213.925.6796

13. Agency: DEA

14. Signature: JASON WILLOCK Digitally signed by JASON WILLOCK Date: 2026.05.07 10:49:10 -07'00'

15. Date: 5/7/2026