FILED

2026 MAY 15 AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KM

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 2:26-mj-2611-DUTY - 24 |
| JOSEPH ZUNIGA<br>USMS# 63589-512 DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 05/15/2026 at 9 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   Title 21, United States Code, Section 841(a)(1).
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: _____
7. Year of Birth: 2003
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____
9. Name of Pretrial Services Officer notified: DUTY OFCER
10. Remarks (if any): _____
11. Name: J.LEW (please print)
12. Office Phone Number: 213-819-0089
13. Agency: USMS
14. Signature: J.Lew
15. Date: 05/15/2026