TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
ALEX L. YOUNG (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2024
        E-mail:    alex.young@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>FREDI GARCIA-GOMEZ,<br><br>              Defendant. | No. 2:26-MJ-02611-DUTY-9<br><br>NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT AGAINST DEFENDANT FREDI GARCIA-GOMEZ PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

        Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, Assistant United States Attorney Alex L. Young, hereby moves to dismiss without prejudice[1] its complaint against defendant Fredi Garcia-Gomez.  The government's request for dismissal is made in good faith and in the interest of justice.

---

[1] On May 27, 2026, defense counsel informed the government it intends to oppose the government's motion to dismiss insofar as it seeks dismissal without prejudice.

Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."  Fed. R. Crim. P. 48(a).  Any dismissal pursuant to Rule 48(a) is presumptively without prejudice.  See United States v. Brown, 425 F.3d 681, 682 (9th Cir. 2005) (per curiam) ("Dismissal by the government is generally presumed to be without prejudice 'unless a contrary intent is clearly expressed.'" (internal citations omitted)).  A district court is "duty bound" to grant the government's Rule 48(a) motion to dismiss without prejudice unless "it specifically determines that the government is operating in bad faith."  United States v. Hayden, 860 F.2d 1483, 1487-88 (9th Cir. 1988).  Only where a Rule 48(a) motion for dismissal is "prompted by considerations clearly contrary to the public interest" or where there is a genuine concern that the defendant would be subjected to prosecutorial harassment through charging, dismissing, and recharging should a district court deny a Rule 48(a) motion. United States v. Wallace, 848 F.2d 1464, 1468 (9th Cir. 1988).

Here, the government seeks to dismiss the complaint against defendant because, after being released on bond in this case, defendant was removed from the United States by immigration authorities.  That circumstance does not demonstrate bad faith, prosecutorial harassment, or prejudice to defendant, and therefore provides no basis to depart from the ordinary Rule 48(a) presumption that dismissal should be without prejudice.

The government therefore respectfully submits that dismissal without prejudice is appropriate, as it preserves the interests of justice and the government's ability to proceed should circumstances warrant (e.g., should defendant re-enter the United States).

Accordingly, the government requests that the Court grant this motion and dismiss the magistrate complaint against defendant Fredi Garcia-Gomez without prejudice.  The government further requests that defendant's bond be exonerated, and that any terms and conditions of pretrial release be terminated.


Dated: May 27, 2026                   Respectfully submitted,

                                      TODD BLANCHE
                                      Acting Attorney General

                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney

                                      JENNIFER L. WAIER
                                      Chief Assistant United States Attorney &
                                      Chief, Criminal Division

                                          */s/ Alex L. Young*
                                      ALEX L. YOUNG
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

3