TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
ALEX L. YOUNG (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2024
E-mail: alex.young@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDI GARCIA-GOMEZ,

Defendant.

No. 2:26-MJ-02611-DUTY-9

ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)

The Court has read and considered the government’s motion to dismiss the complaint against defendant Fredi Garcia-Gomez without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint against defendant Fredi Garcia-Gomez in the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Fredi Garcia-Gomez (“defendant”) in the interest of justice.

//

Defendant's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

Dated: June 02, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE