UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. 2:26-mj-02611-DUTY-24 Date: June 9, 2026

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter: N/A

| Connie Chung | CS 06/09/26 | Natalie Nilan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Joseph Zuniga | X | X | | Nathanael Crowley, CJA | X | X | |

**Proceedings:** **WAIVER OF INDICTMENT**

Case called. Counsel state their appearances for the record. Court and counsel confer. The Court takes Defendant's waiver of indictment on the record. A written waiver of indictment shall also be filed.

00:10

**Initials of Deputy Clerk** CC