FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Joseph Zuniga, DEFENDANT | CASE NUMBER: 2:26-MJ-02611-DUTY-24<br>**WAIVER OF INDICTMENT** |

I, Joseph Zuniga, the above-named defendant, who is accused of Distribution of controlled substance, in violation of 21 USC 841(a)(1), (b)(1)(c), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 6/8/26, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

6/8/26
*Date*

[signature]
*Defendant*

6/8/26
*Date*

[signature]
*Counsel for Defendant*

6/9/26
*Date*

[signature]
Before: *Judicial Officer* STEVE KIM

If the defendant does not speak English, complete the following:

I, __________, am fluent in written and spoken English and __________ languages. I accurately translated this Waiver of Indictment from English to __________ for defendant __________ on this date.

*Date*

*Interpreter*