TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KELSEY A. STIMSON (Cal. Bar No. 360437)
Deputy Chief, General Crimes Section
Assistant United States Attorney
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8230
Facsimile: (213) 894-6269
E-mail: kelsey.stimson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ZUNIGA,<br><br>Defendant. | No. 2:26-MJ-02611-DUTY-24<br><br>NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT AGAINST DEFENDANT JOSEPH ZUNIGA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, Assistant United States Attorney Kelsey A. Stimson, hereby moves to dismiss without prejudice its complaint against defendant JOSEPH ZUNIGA.

//

//

//

//

//

The United States moves to dismiss the complaint against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the complaint without prejudice.

Counsel for defendant, Nathanael Charles Crowley, does not oppose this motion.

The government respectfully submits that dismissal without prejudice is appropriate, as it preserves the interests of justice and the government's ability to proceed should circumstances warrant. Accordingly, the government requests that the Court grant this motion and dismiss the magistrate complaint against defendant JOSEPH ZUNIGA without prejudice. Additionally, the government requests that the Court order defendant be released forthwith.

Dated: June 12, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/
KELSEY A. STIMSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA